GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. SACV09-01238 JVS (RNBx) |
|     Petitioner, | [Proposed] Notice to Respondent and Order to Show Cause |
| vs. | Redacted Version |
| Philip R. Knudsen, | |
|     Respondent. | |

Based on the Petition, Memorandum of Points and Authorities, and Declaration, the Court finds that Petitioner has established its *prima facie* case for judicial approval of an IRS levy on the principal residence of Philip R. Knudsen (Respondent) located at [Identifier A, redacted from public case file pursuant to Local Rule 79-5.4] (the property), in order to sell the property and apply the proceeds to Respondent's outstanding income tax liability for tax years 1994-1997 and 1999-2003.

1

1     **IT IS ORDERED** that Respondent appear before this District Court of the
2 United States for the Central District of California, at the following date, time and
3 address, and show cause why the Court should not enter an order approving the
4 IRS administrative levy on the property:
5 Date:          Monday, January 11, 2010
6 Time:          10:30 Am
7 Courtroom:    10C
8 Address:    ☐ United States Courthouse
9                     312 North Spring Street, Los Angeles, California, 90012
10               ☐ Roybal Federal Building and United States Courthouse
11                   255 E. Temple Street, Los Angeles, California, 90012
12               ☑ Ronald Reagan Federal Building and United States Courthouse
13                   411 West Fourth Street, Santa Ana, California, 92701
14               ☐ Brown Federal Building and United States Courthouse
15                   3470 Twelfth Street, Riverside, California, 92501
16
17     **IT IS FURTHER ORDERED** that copies of the following documents be served on
18 Respondent by personal delivery, leaving a copy at Respondent's dwelling or
19 usual place of abode with someone of suitable age and discretion who resides
20 there, or certified mail:
21   1. This Order; and
22   2. The Petition, Memorandum of Points and Authorities, and Declaration.
23 Service may be made by any employee of the IRS or the United States Attorney's
24 Office.
25     **IT FURTHER IS ORDERED** that Respondent has 21 days to from the date this
26 order is served to file a written Objection to the Petition with the Clerk of the
27 District Court and mail a copy of the Objection to Petitioner.
28

1     **IT FURTHER IS ORDERED** that Respondent's Objection may only raise the following defenses: (1) the underlying tax liability has been satisfied; (2) Respondent has other assets from which the liability can be satisfied; and (3) the IRS did not follow the applicable laws or procedures pertaining to the levy.

    **IT FURTHER IS ORDERED** that Respondent is not permitted to challenge the merits of his underlying income tax liabilities for tax years 1994-1997 and 1999-2003.

    **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues timely raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within 21 days after service of this Order will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

    **IT IS FURTHER ORDERED** that if Respondent fails to file an Objection to the Petition within 21 days of service of this order, or if Respondent fails to appear before the Court as instructed, the Court may enter an Order approving the IRS levy on the property.

**IT IS FURTHER ORDERED** that if, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and the IRS may levy the property.

**IT IS SO ORDERED.**

DATED: 10.27.09

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,
GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America